UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No.: H-18-CR-00339 |
| ) | |
| DUSTIN CURRY, CLINT CARR, ) | |
| HASSAN BARNES, FRASIEL ) | |
| HUGHEY, LISA JONES, and ) | |
| DARIUS TYLER, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CLINT CARR'S UNOPPOSED
MOTION FOR SECOND CONTINUANCE,
AND REQUEST TO ENTER REVISED SCHEDULING ORDER**

Defendant Clint Carr moves the Court to grant a second continuance of all settings, and to enter a revised scheduling order.

The Government has provided initial discovery in this case, which is complex and voluminous. Defendant is asking the Court to continue all settings in this case, because additional time is needed to receive and to review discovery thoroughly, to prepare and file any necessary motions, including any motions to suppress and/or dispositive motions, to conduct Defendant's own ongoing investigation, and to prepare for trial. These motions and the related request are not made for delay but in the interest of justice.

WHEREFORE, Defendant respectfully requests that the Court issue a new scheduling order extending all deadlines and court settings by 120 days. The Defendant is prepared to waive all Speedy Trial requisites impacted by the Court's ruling on this motion and understands all Defendants are similarly willing to do so.

Respectfully submitted,

HUGHES ARRELL KINCHEN, LLP

By:    /s/ Michael J. Wynne
        Michael J. Wynne
        Texas State Bar No. 00785289
        SDTX No. 18569
        1221 McKinney Street, Suite 3150
        Houston, Texas 77010
        Tel. (281) 450-7403
        Fax. (713) 568-1747
        mwynne@hakllp.com

ATTORNEY FOR DEFENDANT CLINT CARR

## CERTIFICATE OF SERVICE

I certify that I am serving a true and correct copy of this document on counsel of record for the United States and for all other Defendants, on this 5th day of November 2018, by notice of electronic filing.

/s/ Michael J. Wynne
Michael J. Wynne

## CERTIFICATE OF CONFERENCE

I certify that I have communicated with lead counsel for the United States and that the United States is not opposed to this motion. I also certify that I have communicated with lead counsel for all Co-Defendants and that none are opposed to this motion.

/s/ Michael J. Wynne
Michael J. Wynne