UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | Criminal No. 4:18-CR-339 |
| § | |
| DUSTIN CURRY, CLINT CARR, § | |
| HASSAN BARNES, ADAM LONG, § | |
| FRASIEL HUGHEY, LISA JONES, and § | |
| DARIUS TYLER, § | |
| § | |
| Defendants. § | |

## SECOND AMENDMENT TO UNITED STATES' NOTICE OF FORFEITURE IN INDICTMENT

The United States gave notice in the Indictment that the United States intends to seek the forfeiture of property as provided by Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 982(a)(1). The United States amended its notice as to specific property on August 6, 2018 (Dkt. 61).

The United States now supplements its notice of forfeiture in paragraph 54 of the Indictment, the Property Subject to Forfeiture section, to give notice to the Defendants that the property subject to forfeiture includes, but is not limited to, the following additional property (with subsection numbering continued from the Indictment):

o.  all distributions from the CC Pharmacy 401(k) Plan established with Principal Life Insurance Company in 2016, with Dustin Curry and Clint Carr as trustees.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney

By:   /s/ Devon Helfmeyer
Devon Helfmeyer
Aleza Remis
Trial Attorneys
Fraud Section, Criminal Division
United States Department of Justice
1000 Louisiana Street, Suite 2300
Houston, Texas 77002
(713) 567-9000

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was filed via electronic court filing on December 18, 2018, and thereby served on all counsel of record.

 /s/ Devon Helfmeyer
Devon Helfmeyer