United States District Court
Southern District of Texas
**ENTERED**
March 12, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H–18-339 |
| | § | |
| Lisa Jones (5) | § | |
| Darius Tyler (6) | § | |

## ORDER RESETTING SENTENCING

The sentencing of the defendant is hereby reset.

1. The Pre-Sentence Investigation Report will be disclosed to counsel on __June 3, 2020__.

2. Counsel will file objections or a statement of no objection within 14 days after disclosure.

3. The Probation Office will submit the final PSR with an addendum 7 days prior to sentencing.

4. Sentencing will be held on __August 20, 2020__ at __2:00__ ~~a.m.~~/p.m.

**SIGNED** on this the 12th day of March, 2020.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE